# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RAMUNNO & RAMUNNO, P.A. | § | |
| INTERVENOR IN | § | |
| (C.A. No: N15C-03-060, | § | No. 366, 2018 |
| GILES v. BOYKIN-BOYD) | § | |
| | § | Court Below:  Superior Court |
| Appellant, | § | of the State of Delaware |
| | § | |
| v. | § | C.A. No. N15C-03-060 |
| | § | |
| LUNDY LAW, L.L.P. | § | |
| | § | |
| Appellees. | § | |

Submitted:  February 6, 2019
Decided:    February 18, 2019

Before **VAUGHN, SEITZ,** and **TRAYNOR**, Justices.

# O R D E R

(1)    Ramunno and Ramunno, P.A. ("Ramunno") appeals from a Superior Court order awarding 15% of a fee collected by Lundy Law in a personal injury action in which Ramunno's former client was the plaintiff.

(2)    Ramunno claims that the award was "unreasonable, unfair and arbitrary and not the result of a reasonable, articulate and rational process"[1] because the Superior Court failed to adequately explain the basis for its opinion.

---

[1] Op. Br. at 3.

(3)     We are satisfied that the Superior Court considered the relevant factors in makings its determination that Ramunno was entitled on a *quantum meruit* basis to 15% —or $6,000.00—of Lundy Law's 40% contingency fee.

(4)     We therefore affirm the Superior Court's judgment on the basis of and for the reasons stated in its June 1, 2018 opinion[2] and June 19, 2018 order[3] granting in part and denying in part Ramunno's motion for reargument.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:


/s/ Gary F. Traynor
Justice

---

[2] *Giles v. Boykin-Brown*, 2018 WL 2464873 (Del. Super. June 1, 2018).
[3] *Giles v. Boykin-Brown*, N15C-03-060 (Del. Super. June 19, 2018) Dkt. No. 48.